# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

Clifford W. Taylor,
Chief Justice

133065

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

MICHAEL A. AMOS,
　　　Defendant-Appellant.

SC: 133065
COA: 274182
Calhoun CC: 05-001959-FC

_____/

　　　On order of the Court, the application for leave to appeal the December 14, 2006 judgment of the Court of Appeals is considered. We DIRECT the Calhoun County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

　　　The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk

p0613